# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **BRIAN PURNELL,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **SUMMIT NATIONAL BANK,** <br><br> Defendant. | Case No. 2:24-cv-00190-KHR <br><br><br> **PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE** |

Plaintiff, by and through counsel, hereby respectfully gives notice to the Court that the parties to this action have reached a settlement in principle of his claims herein on a classwide basis, and are working to finalize their settlement agreement. Plaintiff expects to be able to file a motion for preliminary approval of the parties' proposed class action settlement within the next forty-five days.

Dated: August 6, 2025

Respectfully submitted,

/s/ Terence R. Coates
Terence R. Coates *
Jonathan T. Deters *
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
jdeters@msdlegal.com

Keith R. Nachbar
WY Bar No. 6-2808
**Keith R. Nachbar, P.C.**
703 N. Lincoln Street
Casper, WY 82601
Phone: (303) 473-8977
Email: Keith@nachbarlaw.com

Gary M. Klinger *
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

\*  *Admitted Pro Hac Vice*

***Attorneys for Plaintiff and the Proposed Class***

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, the foregoing document was served upon counsel of record for all parties by filing it with the Court's ECF system, in accordance with Fed. R. Civ. P. 5(b)(2)(E).

<i>/s/ Terence R. Coates</i><br>
Terence R. Coates