UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| **BRIAN PURNELL,** *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>**SUMMIT NATIONAL BANK,**<br><br>Defendant. | Case No. 2:24-cv-00190-KHR |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Under Fed. R. Civ. P. 23(e), Plaintiff Brian Purnell, individually and on behalf of all others similarly situated, hereby moves this Court for Preliminary Approval of a proposed class action settlement consisting of a $400,000 non-reversionary common fund.

In support thereof, Plaintiff relies upon the accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement; the Settlement Agreement ("Settlement Agreement") attached as **Exhibit 1**; the Declaration of Terence R. Coates in Support of Preliminary Approval of Class Action Settlement ("Coates Decl.") attached as **Exhibit 2**; the Declaration of Settlement Administrator Atticus Administration, LLC ("Atticus Decl.") attached as **Exhibit 3**; the records, pleadings, and papers filed in this action; and such other evidence or argument that may be presented to the Court. A Proposed Order Granting Preliminary Approval to the Class Action Settlement is attached as **Exhibit 4**.

Plaintiff consulted with Defendant before filing this Motion and determined that this Motion is unopposed.

Dated: September 30, 2025               Respectfully submitted,

                                        */s/ Terence R. Coates*

Terence R. Coates (*pro hac vice*)
Jonathan T. Deters (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
jdeters@msdlegal.com

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866.252.0878
gklinger@milberg.com

Keith R. Nachbar
WY Bar No. 6-2808
**KEITH R. NACHBAR, P.C.**
703 N. Lincoln Street
Casper, WY 82601
Telephone: (303) 473-8977
keith@nachbarlaw.com

*Counsel for Plaintiff and the
Proposed Settlement Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, I served the foregoing upon counsel for all parties by filing it with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Terence R. Coates*
Terence R. Coates (0085579)
