**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| **BRIAN PURNELL,** *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>**vs.**<br><br>**SUMMIT NATIONAL BANK,**<br><br>Defendant. | **Case No. 2:24-cv-00190-KHR** |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23(e), and this Court's October 20, 2026 Order Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") (ECF No. 38), Plaintiff Brian Purnell ("Plaintiff" or "Class Representative"), individually on behalf of himself and all others similarly situated, respectfully moves this Court for Final Approval of the Class Action Settlement. The $400,000.00 non-reversionary Settlement Fund is a substantial recovery for the roughly 10,725 Class Members and is fair, reasonable, and adequate by all measures.

In support thereof, Plaintiff relies upon the accompanying Memorandum in Support of Plaintiff's Motion for Final Approval of Class Action Settlement; the Declaration of Terence R. Coates in Support of Plaintiff's Motion for Final Approval of Class Action Settlement ("Coates Final Approval Decl.") attached hereto as **Exhibit 1**; the Declaration of Bryn Bridley of Atticus Administration, LLC ("Atticus") regarding Notice Dissemination and Settlement Administration ("Atticus Decl.") attached hereto as **Exhibit 2**; Plaintiff's previously-granted Unopposed Motion for Preliminary Approval; all records, pleadings, and papers filed in this action; and such other evidence or argument that may be presented to the Court at or before the April 21, 2026 Final

Approval Hearing. For the Court's convenience, a Proposed Order Granting Final Approval of the Class Action Settlement is attached hereto as **Exhibit 3**.

Dated: April 7, 2026

Respectfully submitted,

*/s/ Terence R. Coates*

Terence R. Coates (*pro hac vice*)
Jonathan T. Deters (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
jdeters@msdlegal.com

Gary M. Klinger (*pro hac vice*)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866.252.0878
gklinger@milberg.com

Keith R. Nachbar
WY Bar No. 6-2808
**KEITH R. NACHBAR, P.C.**
703 N. Lincoln Street
Casper, WY 82601
Telephone: (303) 473-8977
keith@nachbarlaw.com

*Counsel for Plaintiff*
*and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2026, I served the foregoing upon counsel for all parties by filing it with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Terence R. Coates*
Terence R. Coates (0085579)